UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GERARD F. PADDOCK**                                                                **CIVIL ACTION**

**VERSUS**                                                      **No. 14-367**

**EVENTURE TECHNOLOGIES, LLC**                            **SECTION I**

**ORDER**

Before the Court is a motion[1] filed by defendant to compel arbitration and dismiss the complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. Defendant has submitted an employment agreement, signed by plaintiff, that requires "any claim of discrimination . . . based on . . . disability" to be referred to arbitration.[2] Defendant has also requested an award of attorney's fees that were incurred in connection with this motion.[3]

The motion was taken under advisement on Wednesday, August 20, 2014.[4] Pursuant to Local Rule 7.5, any opposition was due no later than Tuesday, August 12, 2014,[5] but plaintiff has not responded to the motion. Accordingly, considering that the motion is unopposed,

**IT IS ORDERED** that the motion is **GRANTED IN PART**. All claims in the above-captioned matter are **DISMISSED WITHOUT PREJUDICE**, and the parties shall submit this dispute to arbitration in accordance with their agreement.

---

[1] R. Doc. No. 11.
[2] R. Doc. No. 11-3, at 6; *cf.* R. Doc. No. 1, ¶ 13 ("Plaintiff allege[s] that he ha[s] been discriminated against in violation of the ADA.").
[3] R. Doc. No. 11-1, at 9-10.
[4] *See* R. Doc. No. 11-2.
[5] *See* LR 7.5 ("Each party opposing a motion must file and serve a memorandum in opposition to the motion with citations of authorities no later than eight days before the noticed submission date.").

2

**IT IS FURTHER ORDERED** that the motion is **DENIED** to the extent that defendant seeks attorney's fees. Defendant shall submit its request for attorney's fees to the arbitrator in accordance with the agreement.

New Orleans, Louisiana, August 22, 2014.

                                              **LANCE M. AFRICK**
                                       **UNITED STATES DISTRICT JUDGE**